ROBINSON ET AL. *v.* HUNTER ET AL.

No. 5, Misc.   Decided June 17, 1963.

*L. W. Holt, Henry Halvor Jones* and *Simon Lawrence Cain* for appellants.

*Robert Y. Button,* Attorney General of Virginia, and *R. D. McIlwaine III,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

WALKER *v.* WALKER, WARDEN, ET AL.

No. 180, Misc.   Decided June 17, 1963.

Petitioner *pro se.*

*Jack P. F. Gremillion,* Attorney General of Louisiana, and *Scallan E. Walsh,* Assistant Attorney General, for respondents.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for further consideration in light of *Gideon* v. *Wainwright,* 372 U. S. 335.